# Exhibit G

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO | | FOR COURT USE ONLY |
|---|---|---|
| STREET ADDRESS: 330 West Broadway | | FILED |
| MAILING ADDRESS: 330 West Broadway | | Clerk of the Superior Court |
| CITY AND ZIP CODE: San Diego, CA 92101 | | FEB 2 6 2021 |
| BRANCH NAME: Central | | |
| PLAINTIFF: TA International, LLC/Todd Deetsch et.al. | | By: P. Rensel |
| DEFENDANT: Lumia Products Co LLC et.al. | | |
| Short Title: TA International LLC/Todd Deetsch vs Lumia Products Co LLC [IMAGED] | | |
| **JUDGMENT ON SMALL CLAIMS APPEAL** | | CASE NUMBER: 37-2019-00055582-SC-SC-CTL |

Judgment is ordered on the filing Amended Plaintiff's Claim and Order to go to Small Claims Court in favor of Lumia Products Co LLC; Peter Lei and against TA International LLC in the sum of $0.00 plus pre-judgment costs in the sum of $0.00, and pre-judgment interest in the sum of $, and attorney's fees in the sum of $0.00, for a total judgment of $0.00. This judgment is ordered returned to the Small Claims Court for the purpose of enforcement.

Other details as follows:

Each side to bear their own cost.

Dated: 02/26/2021

_Runston G. Maino_
Runston G. Maino, Judge.

---

## NOTICE OF ENTRY OF JUDGMENT

I certify that: I am not a party to the above-entitled case; that on the date shown below, I mailed the NOTICE OF ENTRY OF JUDGMENT (per 664.5 CCP) to the parties shown below by placing a true copy in a separate envelope, addressed as shown below; each envelope was then sealed and, with postage thereon fully prepaid, deposited in the United States Postal Service at San Diego, California.

LUMIA PRODUCTS CO LLC
6755 MIRA MESA BLVD. SUITE 123-183
SAN DIEGO, CA 92121

TA INTERNATIONAL LLC
208 LINNEY AVENUE
LOUISVILLE, KY 40243

PETER LEI
10380 CHEVIOT COURT
SAN DIEGO, CA 92126

CLERK OF THE SUPERIOR COURT

Date: 02/26/2021        By: _P. Rensel_ Deputy Clerk

JUDGMENT ON SMALL CLAIMS APPEAL

Page: 1